**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NATIONWIDE JUDGMENT
RECOVERY, INC.,

      Plaintiff,

v.                                          Case No:   6:21-mc-61-CEM-LHP

AUDREY MORRIS,

      Defendant

---

**ORDER**

On August 14, 2017, a final judgment was entered in the United States District Court for the Western District of North Carolina in favor of Kenneth D. Bell, in his capacity as court-appointed receiver for Rex Venture Group, LLC, d/b/a ZeekRewards.com ("Bell"), and against several individual class members, including Defendant Audrey Morris.  Doc. No. 1-1.  On April 19, 2021, Bell registered a certified copy of that foreign judgment with this Court.  Doc. Nos. 1, 1-1.  Nationwide Judgment Recovery, Inc. ("Nationwide") has since been substituted as the party-Plaintiff.  Doc. No. 28.

Nationwide now seeks writs of garnishment to be issued against garnishees, Truist Bank, Bank of America, N.A., JP Morgan Chase Bank, N.A., BMO Harris

Bank, and PNC Bank, N.A.  Doc. Nos. 30–34.  Nationwide has included proposed writs with the motions.  Doc. Nos. 30-1, 31-1, 32-1, 33-1, 34-1.  Upon review, Nationwide's motions as to Garnishees Truist Bank, Bank of America, N.A., BMO Harris Bank, and PNC Bank, N.A. (Doc. Nos. 30–31, 33–34) are **GRANTED**, and the **Clerk of Court** is **DIRECTED** to issue the proposed writs (Doc. Nos. 30-1, 31-1, 33-1, 34-1).

However, as it relates to Nationwide's request for a writ of garnishment as to JP Morgan Chase Bank, N.A., (Doc. No. 32), that request will be **DENIED without prejudice** as a writ of garnishment has already issued as to JP Morgan Chase Bank, N.A. (Doc. Nos. 2, 5), JP Morgan Chase Bank, N.A. has filed an answer (Doc. No. 9), and Nationwide's request for final judgment of garnishment as to JP Morgan Chase Bank, N.A. (Doc. No. 29) remains pending.  Any renewed motion must address why issuance of another writ of garnishment as to JP Morgan Chase Bank, N.A. would be proper.

**DONE** and **ORDERED** in Orlando, Florida on January 24, 2023.

*/s/ Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties