**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NATIONWIDE JUDGMENT
RECOVERY, INC.,

      Plaintiff,

v.                                      Case No:   6:21-mc-61-CEM-LHP

AUDREY MORRIS,

      Defendant

---

**ORDER**
(And Direction to Clerk of Court)

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR SUBSEQUENT WRIT OF GARNISHMENT, AND MEMORANDUM OF LAW (Doc. No. 48)**
>
> **FILED:**     April 24, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Clerk of Court is **DIRECTED** to issue the proposed writ (Doc. No. 48-1).

*See Nationwide Judgment Recovery, Inc. v. Morrow*, No. 8:21-mc-70-TPB-JSS, 2022 WL

4762698, at *1 (M.D. Fla. Oct. 3, 2022) ("A plaintiff may seek a subsequent writ where an original writ has been automatically dissolved pursuant to Fla. Stat. § 77.07(5).").

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties