# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

       Plaintiff,

v.                                      Case No:   6:21-mc-61-CEM-LHP

AUDREY MORRIS,

       Defendant

---

## ORDER TO STRIKE

This cause comes before the Court on a Motion for Final Judgment in Garnishment as to Garnishee JP Morgan Chase Bank, N.A.  Doc. No. 54.  On review, the filing (Doc No. 54) is **ORDERED stricken** for failure to comply with Local Rule 1.08.  Plaintiff shall have through **November 6, 2023** to file a renewed motion in full compliance with the Local Rules.  A renewed motion must also address, with citation to legal authority, whether the initial motion filed on October 26, 2023 was timely.  *See* Fla. Stat. § 77.07(5).

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on October 30, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties